**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Nancy Lisa VASQUEZ, Defendant–
Appellant.**

No. 01–50465.

D.C. No. CR–93–00057–JSR.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 9, 2002 *.

Decided Sept. 17, 2002.

Before HUG, O'SCANNLAIN and
TASHIMA, Circuit Judges.

MEMORANDUM **

Nancy Lisa Vasquez appeals the district court's denial of her motion to expunge her criminal record and her petition for writ of error *coram nobis,* both challenging her 1993 conviction for possession of marijuana in violation of 21 U.S.C. § 844(a). We lack jurisdiction to review the district court's November 13, 2000, order denying Vasquez's motion to expunge because her notice of appeal, filed on November 30, 2001, was untimely. *See* Fed. R.App. P. 4. We have jurisdiction to review the district court's denial of Vasquez's petition for writ of error *coram nobis* pursuant to 28 U.S.C. § 1291, and we affirm.

Vasquez contends the district court erred in denying her petition for writ of error *coram nobis* because she had valid reasons for not attacking her sentence earlier. We review the district court's dismissal of her petition for writ of error *coram nobis* on the basis of laches for abuse of discretion. *Telink, Inc. v. United States,* 24 F.3d 42, 47–48 (9th Cir.1994). To obtain *coram nobis* relief, Vasquez must show: "(1) a more usual remedy is not available; (2) valid reasons exist for not attacking the conviction earlier; (3) adverse consequences exist from the conviction sufficient to satisfy the case or controversy requirement of Article III; and (4) the error is of the most fundamental character." *See United States v. McClelland,* 941 F.2d 999, 1002 (9th Cir. 1991). Upon our review of the record, we conclude that Vasquez's approximately eight-year delay was unreasonable, and the government would be sufficiently prejudiced by the delay. *See Telink,* 24 F.3d at 48 (concluding that but-for the petitioner's five-year delay, the government would have preserved its case, allowing reprosecution, if necessary, to occur earlier). The district court, therefore, properly denied Vasquez's petition.

AFFIRMED.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2). Accordingly, Appellant's request for oral argument is denied.

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by Ninth Circuit Rule 36–3.